James v. The State.

---

No. 10,267.

JAMES v. THE STATE.

From the Monroe Circuit Court.

*J. R. East* and *W. H. East,* for appellant.
*D. P. Baldwin,* Attorney General, *H. C. Duncan,* Prosecuting Attorney, and *W. P. Rogers,* for the State.

· WOODS, J.—The appellant was adjudged to pay a fine of five dollars for selling, without license, intoxicating liquor in a quantity less than a quart. The disputed point in the case is whether there is sufficient evidence to show that the transaction, on which the prosecution was predicated, was a sale, the appellant contending that it was a gift.

Our judgment is that the finding is supported by sufficient evidence; sufficient, at least, under the rules applicable to the consideration of questions of fact by this court.

Judgment affirmed, with costs.